JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS, | Case No. ED CV 24-0028 FMO (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CHAKRA UNIVERSAL CRYSTALS LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 5th day of March, 2024.

/s/
Fernando M. Olguin
United States District Judge