1  **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
Los Angeles, CA 90004
4  Telephone: (213) 252-8008
Facsimile: (213) 252-8009
5  cm@SoCalEAG.com

6  Attorneys for Plaintiff
LUZ ZENDEJAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LUZ ZENDEJAS,<br><br>           Plaintiff,<br><br>      vs.<br><br>CHAKRA UNIVERSAL CRYSTALS LLC; ROUND HOUSE INVESTMENTS, LLC; and DOES 1 to 10,<br><br>           Defendants. | Case No.: 5:24-cv-00028-FMO (SPx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
|---|---|

**PLEASE TAKE NOTICE** that Plaintiff LUZ ZENDEJAS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1         (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: March 18, 2024         **SO. CAL. EQUAL ACCESS GROUP**

                              By:   */s/ Jason J. Kim*
                                      Jason J. Kim, Esq.
                                      Attorneys for Plaintiff